UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

ANISHA WASHINGTON,

        Plaintiff,

     v.

CALIFORNIA DEPARTMENT OF EDUCATION, et. al.,

        Defendant.

NO. 2:10-cv-0186 FCD KJM

<u>REFERRAL ORDER</u>

----oo0oo----

    Pursuant to Eastern District Local Rule 302(a), the undersigned hereby specifically refers the instant case to the magistrate judge, for the limited purpose of review and approval/disapproval of the IFP application filed on January 22, 2010.

    IT IS SO ORDERED.

DATED: June 11, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE