IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANISHA WASHINGTON,

    Plaintiff,                    No. CIV S-10-186 FCD KJM

    vs.

CALIFORNIA DEPARTMENT
OF EDUCATION,                  <u>ORDER AND</u>

    Defendant.            <u>FINDINGS AND RECOMMENDATIONS</u>

        This action was filed January 22, 2010. On that date plaintiff filed a motion to proceed in forma pauperis. By order filed June 11, 2010, this matter was referred to the undersigned for the limited purposed of ruling on the motion to proceed in forma pauperis.

        Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security for them. Accordingly, the request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

        The complaint alleges plaintiff is homeless and entitled to residential placement for emotionally disturbed special education students. Given the exigent circumstances alleged in the complaint, it appears that service on the defendants should be ordered forthwith and the matter set for status conference. The matter will be referred back to the District Judge for that purpose.

1    In accordance with the above, IT IS HEREBY ORDERED that plaintiff's motion
2 to proceed in forma pauperis (docket no. 3) is granted; and
3    IT IS HEREBY RECOMMENDED that the district court order service on
4 defendants forthwith and set this matter for status conference.
5 DATED: June 17, 2010.

_____
U.S. MAGISTRATE JUDGE

006
washington.ifp

2