F. Richard Ruderman (SB No. 142226)
Christian M. Knox (SB No. 171780)
Ruderman & Knox, LLP
2020 Hurley Way, Suite 405
Sacramento, CA 95825
Telephone: 916-563-0100
Facsimile: 916-563-0114

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANISHA WASHINGTON, | Case No. 2:10-cv-00186-FCD-KJM |
| Plaintiff, | **PLAINTIFF'S NOTICE OF APPEAL** |
| v. | |
| CALIFORNIA DEPARTMENT OF EDUCATION, CALIFORNIA DEPARTMENT OF MENTAL HEALTH, CALIFORNIA DEPARTMENT OF SOCIAL SERVICES, COMMUNITY CARE LICENSING DIVISION, JACK O'CONNELL, Individually and as the Superintendent of the California Department of Education, STEPHEN W. MAYBERG, Individually and as the Director of the California Department of Mental Health, JOHN A. WAGNER, Individually and as the Director of the California Department of Social Services, | |
| Defendants. | |

Notice is hereby given that Anisha Washington, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the order granting a motion to dismiss entered in this action on the 19th day of October, 2010.

Respectfully submitted,

Dated: November 17, 2010      /S/
                              F. Richard Ruderman